UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM SERVICES LLC,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>DAVID BARSKY,<br><br>　　　　　Respondent. | No.<br><br>COMPLAINT |

Petitioner Amazon.com Services LLC ("Amazon") files this Complaint for entry of a confession of judgment against Respondent David Barsky, alleging as follows:

## I.　SUMMARY

Respondent David Barsky was a third-party seller on Amazon.com.  Barsky deceived Amazon into opening multiple third-party seller accounts without authorization, covertly operated those fraudulent accounts, sold counterfeit products to Amazon customers through those accounts, and fabricated invoices to misrepresent his inventory sourcing.  Barsky initiated an arbitration alleging claims arising from Amazon's suspension of his various accounts.  After a hearing, however, the Arbitrator denied all Barsky's claims in their entirety, and issued an award in favor of Amazon on its counterclaims.  The Arbitrator awarded Amazon $60,000 in damages, and further ruled that Amazon was entitled to recover its attorneys' fees and costs.  In lieu of litigating the amount of the fee award, the parties entered into a settlement agreement, which provides for entry of a confession of judgment against Barsky.

COMPLAINT - 1
4845-1448-3130v.4 0051461-002280

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

## II.     PARTIES

1. Amazon.com Services LLC is a Delaware limited liability company with its principal place of business in Seattle, Washington.

2. David Barsky is an individual residing in Florida.

## III.     JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states.  Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) and 9 U.S.C. § 9 because the locale for the underlying arbitration was Seattle, Washington, and this judgment arises out of a settlement entered between the parties to resolve arbitration proceedings in Seattle, Washington.  The Court has personal jurisdiction over Barsky pursuant to his participation in the arbitration in Washington and by his express consent pursuant to a settlement agreement between the parties.

## IV.     FACTS

4. Amazon operates the Amazon.com store.  Amazon has worked hard to build customer trust as an online retailer.  In addition to its own sales, Amazon partners with third parties who sell products to customers through Amazon's online store.

5. Barsky was a third-party seller on Amazon.

6. On August 28, 2019, Barsky filed a demand for arbitration (the "Demand") with the American Arbitration Association (the "AAA"), entitled *David Barsky and Best Warehouse Deals LLC v. Amazon.com, Inc.*, Case No. 01-18-0004-4731.  The Demand alleged claims arising from Amazon's suspension of Barsky's third-party seller accounts for various violations of the parties' contract and Amazon selling policies.  Barsky sought damages of up to $110,663.85, plus fees and costs.  Amazon filed counterclaims against Barsky on September 12, 2019, for breach of Contract, violation of the Computer Fraud and Abuse Act (CFAA), and violation of the Washington Consumer Protection Act (CPA).

7. In its counterclaims, Amazon alleged Barsky defrauded Amazon and its customers by creating, purchasing, and operating a ring of covert seller accounts without

COMPLAINT - 2
4845-1448-3130v.4 0051461-002280

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

authorization using pseudonyms or other false credentials to deceive Amazon and its customers. Amazon also alleged it had received numerous complaints that Barsky used these fraudulent accounts to sell counterfeit products and that Barsky defrauded Amazon and its customers by fabricating invoices to misrepresent his inventory sourcing.  Amazon sought dismissal of Barsky's claims, damages of up to $75,000.00, and attorneys' fees and costs.

8. On January 17, 2019, the AAA duly appointed Ramina Dehkhoda-Steele as the Arbitrator in this matter.  The parties held an evidentiary hearing on February 10, 2020.  The locale of the arbitration was Seattle, Washington.

9. On March 12, 2020, Arbitrator Dehkhoda-Steele issued an interim award in Amazon's favor.  Arbitrator Dehkhoda-Steele found that Barsky "was not able to provide any credible evidence or testimony to substantiate [his] claims" and dismissed all Barsky's claims with prejudice.  The Arbitrator concluded that Amazon "presented credible testimony and documentary evidence on each of [its] counterclaims," for breach of contract and violation of the CFAA and CPA.  The arbitrator ordered Barsky to pay Amazon $60,000.00 in damages on its counterclaims, plus attorneys' fees and costs as the prevailing party on its CPA and CFAA counterclaims.  The arbitration award is attached to this Complaint as **Exhibit A**.

10. Pursuant to the arbitrator's award, Amazon filed a request for fees and costs in the amount of $194,832.71 on April 3, 2020.

11. Before the issuance of a final award, the parties entered a confidential settlement agreement, which provides for entry of a confession of judgment against Barsky in this Court. The parties' settlement agreement provides that Washington law governs.

## V.   PRAYER FOR RELIEF

Based on the foregoing, Amazon respectfully requests that the Court enter judgment consistent with Barsky's confession of judgment.

COMPLAINT - 3
4845-1448-3130v.4 0051461-002280

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1     DATED this 29th day of April, 2020.

                                                DAVIS WRIGHT TREMAINE LLP
                                                Attorneys for Amazon

                                                By s/ *John A. Goldmark*
                                                    John A. Goldmark, WSBA #40980
                                                    Robert Miller, WSBA #46507
                                                    Sara A. Fairchild, WSBA #54419
                                                    920 Fifth Avenue, Suite 3300
                                                    Seattle, WA  98104-1610
                                                    Telephone: (206) 622-3150
                                                    Email:   johngoldmark@dwt.com
                                                                         robertmiller@dwt.com
                                                                         sarafairchild@dwt.com

COMPLAINT - 4
4845-1448-3130v.4 0051461-002280

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax