THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM SERVICES LLC,<br><br>                  Petitioner,<br><br>   v.<br><br>DAVID BARSKY,<br><br>                  Respondent. | No. 2:20:cv-00647-JCC<br><br>**UNOPPOSED MOTION FOR ENTRY OF JUDGMENT BY CONFESSION**<br><br>Noted on Motion Calendar:<br>May 8, 2020 |

Petitioner Amazon.com Services LLC ("Amazon") submits this Unopposed Motion for Entry of Judgment by Confession against Respondent David Barsky ("Barsky").

## I.     BACKGROUND

On August 28, 2019, Barsky filed a demand for arbitration (the "Demand") with the American Arbitration Association (the "AAA"), entitled *David Barsky and Best Warehouse Deals LLC v. Amazon.com, Inc.*, Case No. 01-18-0004-4731.  The Demand alleged claims arising from Amazon's suspension of Barsky's third-party seller accounts for various violations of the parties' contract and Amazon selling policies.  Barsky sought damages of up to $110,663.85, plus fees and costs.  Amazon filed counterclaims against Barsky on September 12, 2019, for breach of Contract, violation of the Computer Fraud and Abuse Act (CFAA), and violation of the Washington Consumer Protection Act (CPA).

In its counterclaims, Amazon alleged Barsky defrauded Amazon and its customers by creating, purchasing, and operating a ring of covert seller accounts without authorization using

UNOPPOSED MOTION FOR JUDGMENT
(2:20:cv-00647-JCC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

pseudonyms or other false credentials to deceive Amazon and its customers. Amazon also alleged it had received numerous complaints that Barsky used these fraudulent accounts to sell counterfeit products and that Barsky defrauded Amazon and its customers by fabricating invoices to misrepresent his inventory sourcing. Amazon sought dismissal of Barsky's claims, damages of up to $75,000.00, and attorneys' fees and costs.

On January 17, 2019, the AAA duly appointed Ramina Dehkhoda-Steele as the Arbitrator in this matter. The parties held an evidentiary hearing on February 10, 2020. The locale of the arbitration was Seattle, Washington.

On March 12, 2020, Arbitrator Dehkhoda-Steele issued an interim award in Amazon's favor. Arbitrator Dehkhoda-Steele found that Barsky "was not able to provide any credible evidence or testimony to substantiate their claims" and dismissed Barsky's claims with prejudice. The arbitrator concluded that Amazon "presented credible testimony and documentary evidence on each of [its] counterclaims." The arbitrator ordered Barsky to pay Amazon $60,000.00 on its counterclaims, plus attorneys' fees and costs. The arbitration award is included as **Exhibit A** to the Complaint in this action.

Pursuant to the arbitrator's award, Amazon filed a request for fees and costs in the amount of $194,832.71 on April 3, 2020.

Before the issuance of a final award, the parties entered a confidential settlement agreement, in which Barsky agreed to entry of this judgment. The Parties' settlement agreement provides that Washington law governs.

## II.   BASIS FOR ENTRY OF JUDGMENT

Federal courts have authority to enter judgments by confession (*see F.D.I.C. v. Aaronian*, 93 F.3d 636, 641 (9th Cir. 1996) (citing *D.H. Overmyer Co., Inc. v. Frick Co.*, 405 U.S. 174, 185 (1972)), which are expressly permitted under Washington law. RCW 4.60.050. "A district court need not hold a hearing into the validity of a confession of judgment clause unless the debtor has pleaded facts which, if proven, would demonstrate that he did not voluntarily, intelligently and knowingly waive his right to prejudgment notice and hearing." *Aaronian*, 93 F.3d at 641

UNOPPOSED MOTION FOR JUDGMENT
(2:20:cv-00647-JCC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  (citations omitted).  Here, Barky has received the complaint in this action and waived service,

2  and he thus has notice.  He has executed a confession of judgment, attesting that he did so

3  knowingly, intelligently, and voluntarily with the advice of counsel.  Thus, no hearing is

4  necessary for the Court to enter the proposed judgment included with this motion.

6      DATED this 8th day of May, 2020.

                                                     DAVIS WRIGHT TREMAINE LLP
                                                     Attorneys for Amazon.com Services LLC

                                                     By s/ *John A. Goldmark*
                                                          John A. Goldmark, WSBA #40980
                                                          Robert Miller, WSBA #46507
                                                          Sara A. Fairchild, WSBA #54419
                                                          920 Fifth Avenue, Suite 3300
                                                          Seattle, WA  98104-1610
                                                          Telephone: (206) 622-3150
                                                          Email:  johngoldmark@dwt.com
                                                                       robertmiller@dwt.com
                                                                       sarafairchild@dwt.com

UNOPPOSED MOTION FOR JUDGMENT
(2:20:cv-00647-JCC) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

<u>CERTIFICATE OF ELECTRONIC SERVICE</u>

I hereby certify that on May 8, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

I hereby certify that I caused the document to which this certificate is attached to be delivered to the following as indicated:

| | |
|---|---|
| David Barsky<br>717 100th Terrace<br>Plantation, FL 33324 | Messenger<br>Via Electronic Filing<br>Federal Express<br>First Class Mail ☑<br>Email |

DATED and signed this 8th day of May, 2020 at Redmond, Washington.

*Susan Bright*

Susan Bright

UNOPPOSED MOTION FOR JUDGMENT
(2:20:cv-00647-JCC) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax