THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9 AMAZON.COM SERVICES LLC,

CASE NO. C20-0647-JCC

10                                        Petitioner,

ORDER

11            v.

12 DAVID BARSKY,

13                                        Respondent.

14

15          This matter comes before the Court on Petitioner's unopposed motion for entry of

16 judgment by confession against Respondent (Dkt. No. 7).

17          Federal courts have authority to enter judgments by confession. *See F.D.I.C. v. Aaronian*,

18 93 F.3d 636, 640–41 (9th Cir. 1996) (citing *D.H. Overmyer Co., Inc. v. Frick Co.*, 405 U.S. 174,

19 185 (1972)). Judgments by confession are expressly permitted under Washington law. *See* Wash.

20 Rev. Code § 4.60.050. Respondent has received the complaint and waived service, and he thus

21 has notice of the action. (*See* Dkt. No. 6.) Petitioner requests entry of judgment in its favor and

22 against Respondent in the amount of $254,832.71 in connection with a confidential settlement

23 agreement. (*See* Dkt. No. 7 at 2.) Petitioner supports its motion with Respondent's executed

24 confession of judgment authorizing the Court to enter final judgment in this matter in that

25 amount in favor of Petitioner. (Dkt. No. 8.)

26          Having thoroughly considered the motion and the relevant record, the Court finds good

1    cause and hereby GRANTS the unopposed motion for entry of judgment by confession (Dkt. No.

2    7). Judgment is ENTERED in favor of Petitioner Amazon.com Services LLC and against David

3    Barsky in the amount of $254,832.71. The Clerk is DIRECTED to close the case.

4         DATED this 10th day of June 2020.

5

6

7    _____

8    John C. Coughenour
     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
C20-0647-JCC
PAGE - 2