THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM SERVICES LLC,

                        Petitioner,

        v.

DAVID BARSKY,

                        Respondent.

No. 2:20:cv-00647-JCC

**SATISFACTION OF
JUDGMENT**

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

        Amazon.com Services LLC ("Amazon") acknowledges full satisfaction of the judgment

entered against David Barsky on June 10, 2020 (ECF No. 10).

        The clerk of the above-entitled Court is hereby authorized and requested to enter full

satisfaction of the judgment on the docket.

        DATED this 11th day of June, 2020.

                                Davis Wright Tremaine LLP
                                Attorneys for Amazon.com Services LLC

                                By s/ *John A. Goldmark*
                                    John A. Goldmark, WSBA #40980
                                    Robert Miller, WSBA #46507
                                    Sara A. Fairchild, WSBA #54419
                                    920 Fifth Avenue, Suite 3300
                                    Seattle, WA  98104-1610
                                    Telephone: (206) 622-3150
                                    Email:  johngoldmark@dwt.com
                                            robertmiller@dwt.com
                                            sarafairchild@dwt.com

SATISFACTION OF JUDGMENT (No. 2:20:cv-00647-JCC) - 1
4826-3615-5578v.3 0051461-002280

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1    CERTIFICATE OF ELECTRONIC SERVICE

2        I hereby certify that on June 11, 2020, I caused the foregoing to be electronically filed

3 with the Clerk of the Court using the CM/ECF system, which will send notification of such filing

4 to those attorneys of record registered on the CM/ECF system.

5        I hereby certify that I caused the document to which this certificate is attached to be

6 delivered to the following as indicated:

7

8    David Barsky                          Messenger
     717 100th Terrace                     Via Electronic Filing
9    Plantation, FL 33324                  Federal Express
                                           First Class Mail          ☑
10                                         Email

11

12        DATED and signed this 11th day of June, 2020 at Redmond, Washington.

13

14

15            Susan Bright

16

17

18

19

20

21

22

23

24

25

26

27

SATISFACTION OF JUDGMENT (No. 2:20:cv-00647-JCC) - 2
4826-3615-5578v.3 0051461-002280

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax